# IN THE CRIMINAL/CIRCUIT COURT OF SULLIVAN COUNTY, TENNESSEE

| | | | |
|---|---|---|---|
| Case Number: S54288 | Count # 1 | Attorney for the State: | JOSEPH E. PERRIN |
| Judicial District: 2nd | Judicial Division: II | Counsel for Defendant: | ANDREW J. GIBBONS |
| | | ☐ Retained ☐ Appointed ☑ Public Defender | |
| **State of Tennessee** vs. | | ☐ Counsel Waived ☐ Pro Se | |
| Defendant: THOMAS JOHN DULL | Alias: Thomas John Dulls | | |
| Date of Birth: 9/24/1979 | Sex: Male  Race: White | SSN: 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 | |
| Indictment Filing Date: 10/9/2007 | TDOC # ___ | State Control # ___ | |
| | State ID # ___ | County Offender ID # ___ | |

## JUDGMENT

☑ Original ☐ Amended ☐ Corrected

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the 17th day of November, 2009, the defendant:

**Is found:**
- ☐ Pled Guilty     ☐ Dismissed/Nolle Prosequi
- ☐ Nolo Contendere ☐ Retired/Unapprehended Defendant
- ☐ Guilty Plea – Pursuant to 40-35-313
- ☑ Guilty          ☐ Not Guilty
- ☐ Jury Verdict    ☐ Not Guilty by Reason of Insanity
- ☐ Bench Trial

Indictment: Class (circle one) 1st A **B** C D E  ☑ Felony ☐ Misdemeanor
Offense: SALE OF .5 GRAMS OR MORE OF COCAINE
Amended Charge: ___
Offense Date: 6/12/2006   County: Sullivan
Conviction Offense: SALE OF .5 GRAMS OR MORE OF COCAINE
Is this conviction offense methamphetamine related? ☐ Yes ☑ No
TCA #: 39-17-417   Sentence Imposed Date: 11/17/2009
Conviction: Class (circle one) 1st A **B** C D E  ☑ Felony ☐ Misdemeanor

After considering the evidence, the entire record, & all factors in T.C.A. Title 40 Chapter 35, all of which are incorporated by reference herein, the Court's findings and rulings are:

**Offender Status (Check One)**     **Release Eligibility (Check One)**

- ☐ Mitigated          ☐ Mitigated 20%    ☐ Multiple Rapist 100%
- ☑ Standard           ☐ Mitigated 30%    ☐ Child Rapist 100%
- ☐ Multiple           ☑ Standard 30%     ☐ Repeat Violent 100%
- ☐ Persistent         ☐ Multiple 35%     ☐ Child Predator 100%
- ☐ Career             ☐ Persistent 45%   ☐ 1st Degree Murder
- ☐ Repeat Violent     ☐ Career 60%       ☐ Drug Free Zone
-                  ☐ Violent 100%    ☐ Gang Related

**Concurrent with:** ___

**Consecutive to:** North Carolina sentence presently serving in NC DOC.

**Pretrial Jail Credit Period(s):**
From 11/13/2007 to 11/14/2007
From ___ to ___
From ___ to ___
From ___ to ___

**Sentenced To:** ☑ TDOC  ☐ County Jail  ☐ Workhouse

**Sentence Length:** 10 Years ___ Months ___ Days ___ Hours

Mandatory Minimum Sentence Length: 39-17-417, 39-13-513, 39-13-514 in Drug Free Zone or 55-10-401 DUI 4th Offense
or 39-17-1324 Possession/Employment of Firearm

Period of incarceration to be served prior to release on probation: ___ Months ___ Days ___ Hours
Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ___ % (Misdemeanor Only)

**Alternative Sentence:** ☐ Probation  ☐ Diversion  ☐ Drug Court  ☐ Community Based Alternative - Specify ___
___ Years ___ Months ___ Days   Effective: ___

☐ Life w/out Parole  ☐ Death
☐ Life  ☐ Weekends

**Court Ordered Fees and Fines:**    Cost to be Paid by:
$ ___ Court Costs    ☑ Defendant  ☐ State
$ 2,000.00 Fine Assessed
$ ___ Traumatic Brain Injury Fund (Drag Racing)
$ ___ Drug Testing Fund (TN Drug Control Act)
$ ___ CICF  $ ___ Sex Offender Tax
$ ___ Other: ___

Restitution: Victim Name  Bristol Tennessee Police Dept.
Address ___
Total Amount $ 180.00  Per Month $ ___

☐ Unpaid Community Service: ___ Hours ___ Days ___ Weeks ___ Months

**Special Conditions:**
☑ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.
☐ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing.
☐ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.

1. Payment of fines, restitution, and costs as a condition of supervision by Tennessee Department of Probation / Parole based upon the defendant's ability to pay.

R. Jerry Beck
Judge's Name     Judge's Signature     Date of Entry of Judgment

Attorney for State Signature (optional)     Defendant's Attorney/Signature (optional)

CR-3419 (Rev. 1/08)

**FILED** 2009 NOV 25  A 8:28
TOMMY R. KERNS    D.C.
CIRCUIT COURT CLERK
SULLIVAN CO., TN

Exhibit A

# IN THE CRIMINAL/CIRCUIT COURT OF SULLIVAN COUNTY, TENNESSEE

NOTED, the 25th day of November

| | | | |
|---|---|---|---|
| Case Number: | S54288 | Attorney for the State: | JOSEPH E. PERRIN |
| Judicial District: | 2nd | Count #: 2 | |
| Judicial Division: | II | Counsel for Defendant: | ANDREW J. GIBBONS |
| State of Tennessee vs. | | ☐ Retained ☐ Appointed ☑ Public Defender ☐ Counsel Waived ☐ Pro Se | |
| Defendant: | THOMAS JOHN DULL | Alias: Thomas John Dulls | |
| Date of Birth: | 9/24/1979 | Sex: Male | Race: White |
| Indictment Filing Date: | 10/9/2007 | TDOC #: | SSN: 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 |
| | | State ID #: | State Control #: |
| | | | County Offender ID #: |

## JUDGMENT

☑ Original ☐ Amended ☐ Corrected

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.
On the 17th day of November, 2009, the defendant:

☑ Pled Guilty  ☐ Dismissed/Nolle Prosequi
☐ Nolo Contendere  ☐ Retired/Unapprehended Defendant
☐ Guilty Plea – Pursuant to 40-35-313

Indictment: Class (circle one) 1st A **B** C D E  ☑ Felony ☐ Misdemeanor
Offense: DELIVERY OVER .5 GRAMS OF COCAINE
Amended Charge: MERGE
Offense Date: 6/12/2006   County: Sullivan
Conviction Offense: MERGE into Count #1
Is this conviction offense methamphetamine related? ☐ Yes ☐ No
TCA #: 00   Sentence Imposed Date:
Conviction: Class (circle one) 1st A B C D E  ☐ Felony ☐ Misdemeanor

Is found:
☐ Guilty  ☐ Not Guilty
☐ Jury Verdict
☐ Bench Trial  ☐ Not Guilty by Reason of Insanity

After considering the evidence, the entire record, & all factors in T.C.A. Title 40 Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are:

**Offender Status** (Check One)  **Sentence Reform Act of 1989** Release Eligibility (Check One)

☐ Mitigated        ☐ Mitigated 20%   ☐ Multiple Rapist 100%
☐ Standard         ☐ Mitigated 30%   ☐ Child Rapist 100%
☐ Multiple         ☐ Standard 30%    ☐ Repeat Violent 100%
☐ Persistent       ☐ Multiple 35%    ☐ Child Predator 100%
☐ Career           ☐ Persistent 45%  ☐ 1st Degree Murder
☐ Repeat Violent   ☐ Career 60%      ☐ Drug Free Zone
                   ☐ Violent 100%    ☐ Gang Related

Concurrent with:

Consecutive to:

Pretrial Jail Credit Period(s):
From ___ to ___
From ___ to ___
From ___ to ___
From ___ to ___

**Sentenced To:** ☐ TDOC ☐ County Jail ☐ Workhouse
**Sentence Length:** ___ Years ___ Months ___ Days ___ Hours ___ Weekends ☐ Life ☐ Life w/out Parole ☐ Death
Mandatory Minimum Sentence Length: ___ 39-17-417, 39-13-513, 39-13-514 in Drug Free Zone or ___ 55-10-401 DUI 4th Offense
or ___ 39-17-1324 Possession/Employment of Firearm
Period of incarceration to be served prior to release on probation: ___ Months ___ Days ___ Hours ___ % (Misdemeanor Only)
Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ___
**Alternative Sentence:** ☐ Probation ☐ Diversion ☐ Drug Court ☐ Community Based Alternative - Specify
___ Years ___ Months ___ Days  Effective: ___

**Court Ordered Fees and Fines:**   **Cost to be Paid by**
$ ___ Court Costs              ☑ Defendant ☐ State
$ ___ Fine Assessed
$ ___ Traumatic Brain Injury Fund (Drag Racing)
$ ___ Drug Testing Fund (TN Drug Control Act)
$ ___ CICF
$ ___ Other: ___ Sex Offender Tax

Restitution: Victim Name ___
            Address ___
Total Amount $ ___  Per Month $ ___
Unpaid Community Service: ___ Hours ___ Days ___ Weeks ___ Months

☐ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.
☐ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing.
☐ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.

**Special Conditions**

Judge's Name: R. Jerry Beck

Judge's Signature

Attorney for State Signature (optional)   Defendant's Attorney/Signature (optional)   Date of Entry of Judgment

FILED 2009 NOV 25 A 8:28 TOMMY R. KERNS D.C. CIRCUIT COURT CLERK SULLIVAN CO., TN

I HEREBY CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN THIS CAUSE
2013 DEC 12
CIRCUIT COURT CLERK