AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUN - 2 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
Thomas John Dull )
)
Date of Previous Judgment: September 23, 2014 )
*(Use Date of Last Amended Judgment if Applicable)* )

Case No.: 1:13CR00036-005
USM No: 17900-084

Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Offense Level: _____ Amended Offense Level: _____
Criminal History Cagtegory: _____ Criminal History Category: _____
Previous Guideline Range: _____ to _____ months Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

The two-level reduction pursuant to Amendment 782 was applied at the time of sentencing; therefore, no further reduction is warranted.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6/2/15

Effective Date: _____
*(if different from order date)*

Judge's Signature
James P. Jones, U.S. District Judge
*Printed name and title*